JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SASHA ELKINS, an individual<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATIC DATA PROCESSING, INC. and DOES 1 through 50, Inclusive<br><br>Defendants. | Case No. 5:21-cv-00606 JGB (KKx)<br><br>**JUDGMENT AFTER TRIAL BY JURY**<br><br>Complaint Filed: January 14, 2021 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On January 14, 2021, Plaintiff Sasha Elkins filed the operative Complaint against Defendant Automatic Data Processing, Inc. in the Superior Court of California for the County of San Bernardino alleging the following causes of action:

1. Age Discrimination in Violation of California Government Code § 12940(a)
2. Retaliation in Violation of Government Code § 12940(h)
3. Failure to Prevent Discrimination and Retaliation in Violation of Government Code § 12940(k)
4. Wrongful Constructive Termination in Violation of Public Policy
5. Intentional Infliction of Emotional Distress

1
JUDGMENT AFTER TRIAL BY JURY

On April 5, 2021, Defendant Automatic Data Processing, Inc. filed a notice of removal of civil action due to diversity jurisdiction. On April 7, 2021, this Honorable Court assigned this civil action to the Honorable Jesus G. Bernal as the District Judge and Kenly Kiya Kato as the Magistrate Judge.

On April 26, 2023 in Department 1 of the United States District Court, Central District of California, Eastern Division located at 3470 Twelfth Street, Riverside, California 92501 before the Honorable Jesus Bernal, this Honorable Court commenced a jury trial. Plaintiff Sasha Elkins was represented by Jennifer Ghozland of the Ghozland Law Firm and Maximilian Lee of the Simon Law Group. Defendant Automatic Data Processing, Inc. was represented by Vince Verde, Tiffany Woods, and Carlos Bacio and Ogletree Deakins.

A jury of eight persons was properly empaneled and sworn on April 26, 2023.

After hearing all of the evidence, this Honorable Court duly instructed the jury and the case was submitted to the jury. On May 3, 2023, the jury returned to this Honorable Court with a unanimous verdict in favor of Plaintiff Sasha Elkins on her cause of action for age discrimination and failure to prevent discrimination, against Defendant Automatic Data Processing, Inc., and awarded Plaintiff Sasha Elkins $418,000 in compensatory damages ($250,000 in noneconomic damages and $168,000 in economic damages.) The verdict stated as follows:

## **JURY VERDICT**

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our Verdict in this case:

ISSUE 1: Age Discrimination (Fair Employment and Housing Act)

Sasha Elkins claims that Automatic Data Processing, Inc. wrongfully discriminated against her because of her age. To establish this claim, Sasha Elkins must prove all of the following:

1. That Automatic Data Processing, Inc. was an employer.

YES__✓__        NO_____

If you answered "YES" to this question, proceed to Question No. 2.

If you answer "No" to this question, skip the remaining questions and sign the juror Verdict Form.

2. That Sasha Elkins was an employee of Automatic Data Processing, Inc.

YES __✓__     NO_____

If you answered "YES" to this question, proceed to Question No. 3.

If you answer "No" to this question, skip the remaining questions and sign the juror Verdict Form.

3. That Automatic Data Processing, Inc. refused to promote or transfer Sasha Elkins into a TotalSource position.

YES __✓__     NO_____

If you answered "YES" to this question, proceed to Question No. 4.

If you answer "No" to this question, skip the remaining questions and sign the juror Verdict Form.

4. That Sasha Elkins was aged 40 years old or older at the time Automatic Data Processing, Inc. decided to refuse to promote or transfer Sasha Elkins into a TotalSource position

YES __✓__     NO_____

If you answered "YES" to this question, proceed to Question No. 5.

If you answer "No" to this question, skip the remaining questions and sign the juror Verdict Form.

5. That Sasha Elkins's age was a substantial motivating reason for Automatic Data Processing, Inc.'s refusal to promote or transfer Sasha Elkins into a TotalSource position.

YES __✓__     NO_____

If you answered "YES" to this question, proceed to Question No. 6.

If you answer "No" to this question, skip the remaining questions and sign the juror Verdict Form.

6. That Sasha Elkins was harmed.

YES __✓__        NO_____

If you answered "YES" to this question, proceed to Question No. 7.

If you answer "No" to this question, skip the remaining questions and sign the juror Verdict Form.

7. That Automatic Data Processing, Inc.'s discrimination was a substantial factor in causing Sasha Elkins's harm.

YES __✓__        NO_____

If you answered "YES" to this question, proceed to Question No. 8.

If you answer "No" to this question, skip the remaining questions and sign the juror Verdict Form.

ISSUE 2: Failure to Prevent Age Discrimination (Fair Employment and Housing Act)

Sasha Elkins claims that Automatic Data Processing, Inc. also failed to take all reasonable steps to prevent discrimination based on age. To establish this claim, Sasha Elkins must prove all of the following:

8. That Automatic Data Processing, Inc. failed to take all reasonable steps to prevent discrimination based on age.

YES __✓__        NO_____

If you answered "YES" to this question, proceed to Question No. 9.

If you answer "No" to this question, skip the remaining questions and sign the juror Verdict Form.

9. That Automatic Data Processing, Inc.'s failure to take all reasonable steps to prevent discrimination was a substantial factor in causing Sasha Elkins harm.

YES __✓__        NO_____

If you answered "YES" to this question, proceed to Question No. 10.

If you answer "No" to this question, skip the remaining questions and sign the juror Verdict Form.

ISSUE 3: Damages

10. If your answer to Question Nos. 7 and/or 9 was "YES", what amount of damages, if any, do you find that Sasha Elkins sustained as a result of Automatic Data Processing, Inc.'s discrimination?

$__418,000_____

$250k: noneconomic damages

$168k: economic

Please date, sign, and return this Verdict Form to the Court Clerk. I hereby certify that this verdict is unanimous.

  5/3/23                               /s/                       
  Date                         Presiding Juror/Foreperson

Therefore, it is ordered, adjudged, and decreed that judgment be, and hereby is, entered in favor of Plaintiff Sasha Elkins and against Defendant Automatic Data Processing, Inc. in the amount of $418,000. Plaintiff Sasha Elkins shall be entitled to prejudgment interest on her economic damages in the amount of $168,000 from January 2, 2019 through the date of entry of judgment pursuant to 28 USC § 1961. Plaintiff Sasha Elkins shall also be entitled to post-judgment interest on the entirety of the judgment, which shall accrue from the date of the entry of judgment pursuant to 28 USC § 1961. This judgment shall be amended to reflect the accrual of prejudgment interest and post-judgment interest.

//

//

//

Plaintiff Sasha Elkins shall recover reasonable attorneys' fees and costs in accordance with Federal Rules of Civil Procedure Rule 54, United States District Court, Central District of California Local Rule 54, and the Fair Employment and Housing Act including Government Code section 12965, to the extent that entitlement to said attorneys' fees and costs is proven to this Honorable Court. This judgment shall be amended to reflect such award of attorneys' fees and costs.

Dated: May 10, 2023

_____
Jesus G. Bernal, U.S. District Judge